Gregory J. Christiansen (Bar No. 10755)
**GUARDIAN LAW, LLC**
770 East Main Street, Suite 242
Lehi, Utah 84043
Telephone: (844) 409-1122
greg@guardianlaw.com

*Attorneys for Dean Graziosi &
Scott Yancey*

Leonard L. Gordon (*pro hac vice*)
Alexandra Megaris (*pro hac vice*)
**VENABLE LLP**
1270 Avenue of the Americas
24th Floor
New York, NY 10020
Telephone:  (212) 370-6277
Fax:  (212) 307-5598
LLGordon@venable.com
AMegaris@venable.com
ZWinzeler@parsonsbehle.com

J. Douglas Baldridge (*pro hac vice*)
Stephen R. Freeland (*pro hac vice*)
Michael A. Munoz (*pro hac vice*)
**VENABLE LLP**
600 Massachusetts Ave., N.W.
Washington, D.C. 20001
Telephone:  (202) 344-4000
Fax:  (202) 344-8300
JBaldridge@venable.com
SRFreeland@venable.com
MAMunoz@venable.com

*Attorneys for All Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and UTAH DIVISION OF CONSUMER PROTECTION,<br><br>      Plaintiffs,<br><br>vs.<br><br>NUDGE, LLC; RESPONSE MARKETING GROUP, LLC; BUYPD, LLC; BRANDON B. LEWIS; RYAN C. POELMAN; PHILLIP W. SMITH; SHAWN L. FINNEGAN; CLINT R. SANDERSON; DEAN R. GRAZIOSI, and SCOTT YANCEY<br><br>      Defendants. | **CELEBRITY DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE ANSWER TO THE SEALED FIRST AMENDED COMPLAINT**<br><br>Case No.: 2:19-cv-00867-DBB-DAO<br><br>Judge David B. Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Purusant to DUCivR 5-3 and the Court's January 20, 2021 Docket Text Order (ECF No. 194), Defendants Dean Graziosi and Scott Yancey ("Celebrity Defendants") move for permission to file under seal potions of the Celebrity Defendants' Answer to Plaintiffs' Sealed First Amended Complaint for Permanent Injunction and Other Equitable Relief (ECF No. 243) (the "Answer"). The basis for this motion is to comply with Magistrate Judge Furse's Order Granting in Part and Denying in Part Defendants to Keep Complaint, Motion for Temporary Restraining Order and Certain Exhibits to that Motion Under Seal (ECF No. 56) and the Court's December 3, 2020 Docket Text Order (ECF No. 185) in responding to the Plaintiffs' Sealed First Amended Complaint (ECF No. 173). The Nudge Defendants do not seek to seal any additional information in the Answer beyond the portions of the First Amended Complaint that are already filed under seal. The portions of the Answer that the Nudge Defendants filed 43under seal are highlighted pursuant to DUCivR 5-3(b)(1). *See* ECF No. 244.

DATED this 9th day of August, 2021.

                                                      Respectfully Submitted,

By:    */s/ J. Douglas Baldridge*
        J. Douglas Baldridge (*pro hac vice*)
        Stephen R. Freeland (*pro hac vice*)
        Michael A. Munoz (*pro hac vice*)
        **VENABLE LLP**
        600 Massachusetts Ave., N.W.
        Washington, D.C. 20001
        Telephone: (202) 344-4000
        Fax: (202) 344-8300
        JBaldridge@venable.com
        SRFreeland@venable.com
        MAMunoz@venable.com

        Leonard L. Gordon (*pro hac vice*)
        Alexandra Megaris (*pro hac vice*)
        **VENABLE LLP**
        1270 Avenue of the Americas
        24th Floor
        New York, NY 10020

Telephone:  (212) 370-6277
Fax:  (212) 307-5598
LLGordon@venable.com
AMegaris@venable.com

*Attorneys for All Defendants*

Gregory J.  Christiansen (Bar No. 10755)
**GUARDIAN LAW, LLC**
770 E. Main Street, Suite 242
Lehi, Utah 84043.

*Attorneys for Defendants Graziosi & Yancey*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2021, I caused a true and correct copy of the foregoing **CELEBRITY DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE ANSWER TO SEALED FIRST AMENDED COMPLAINT** to be filed using the Court's ECF filing system which then caused the foregoing to be electronicallyserved on the following counsel of record for Plaintiffs:

*Attorneys for Plaintiff Federal Trade Commission*
**FEDERAL TRADE COMMISSION**
Darren H. Lubetzky (dlubetzky@ftc.gov)
Brian N. Lasky (blasky@ftc.gov)
Christopher Y. Miller (cmiller@ftc.gov)
Vikram Jagadish (vjagadish@ftc.gov)

*Attorneys for Plaintiff Utah Division of Consumer Protection*
**UTAH DIVISION OF CONSUMER PROTECTION**
Assistant Attorney General's Office
Thomas M. Melton (tmelton@agutah.gov)
Kevin M. McLean (kmclean@agutah.gov)
Robert G. Wing (rwing@agutah.gov)
Joni Ostler (jostler@agutah.gov)

                                              */s/ Lexi Cowley*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and UTAH DIVISION OF CONSUMER PROTECTION,<br><br>Plaintiffs,<br><br>vs.<br><br>NUDGE, LLC; RESPONSE MARKETING GROUP, LLC; BUYPD, LLC; BRANDON B. LEWIS; RYAN C. POELMAN; PHILLIP W. SMITH; SHAWN L. FINNEGAN; CLINT R. SANDERSON; DEAN R. GRAZIOSI, and SCOTT YANCEY<br><br>Defendants. | **[PROPOSED] ORDER GRANTING CELEBRITY DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE ANSWER TO THE SEALED FIRST AMENDED COMPLAINT**<br><br>Case No.: 2:19-cv-00867-DBB-DAO<br><br>District Judge David B. Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Upon consideration of the Celebrity Defendants' Motion for Leave to File Under Seal Portions of the Answer to the Sealed First Amended Complaint ("Motion"), and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Celebrity Defendants' Sealed Answer to Plaintiffs' Sealed First Amended Complaint for Permanent Injunction and Other Equitable Relief (ECF No. 192) shall remain sealed.

DATED this _____ day of _____, 2021.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge