Darren H. Lubetzky
Brian N. Lasky
Christopher Y. Miller
Vikram Jagadish
Karen Dahlberg O'Connell
Savvas S. Diacosavvas
(Each appearing per DUCivR 83-1.1(d)(1))
Federal Trade Commission
Northeast Regional Office
One Bowling Green, Suite 318
New York, NY 10004
Tel: (212) 607-2829
Email: sdiacosavvas@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

Robert G. Wing (4445)
Thomas M. Melton (4999)
Parr, Brown, Gee & Loveless
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Tel: (801) 532-7840
Email: rwing@parrbrown.com
Email: tmelton@parrbrown.com

Kevin McLean (16101)
Assistant Attorneys General Utah
Attorney General's Office
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84114
Tel: (801) 366-0310
Email: kmclean@agutah.gov

Attorneys for Plaintiff
UTAH DIVISION OF CONSUMER PROTECTION

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and<br><br>UTAH DIVISION OF CONSUMER PROTECTION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>NUDGE, LLC, a Utah limited liability company, *et al.,*<br><br>　　　　Defendants. | APPENDIX TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF HOWARD BEALES<br><br>Case No. 2:19-cv-00867-DBB-DAO<br><br>Judge David B. Barlow<br><br>Magistrate Judge Daphne A. Oberg |

| Exhibit No. | Description |
|---|---|
| 1 | Expert Report of Dr. J. Howard Beales |
| 2 | Transcript of Deposition of Dr. J. Howard Beales With Exhibits 1, 2, and 3 |