IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, and UTAH DIVISION OF CONSUMER PROTECTION,<br><br>    Plaintiffs,<br><br>vs.<br><br>NUDGE, LLC; RESPONSE MARKETING GROUP, LLC; BUYPD, LLC; BRANDON B. LEWIS; RYAN C. POELMAN; PHILLIP W. SMITH; SHAWN L. FINNEGAN; CLINT R. SANDERSON; DEAN R. GRAZIOSI; and SCOTT YANCEY,<br><br>    Defendants. | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF HOWARD BEALES<br><br>Case No.: 2:19-cv-00867-DBB-DAO<br><br>Judge David B. Barlow<br><br>Magistrate Judge Daphne A. Oberg |

On February 1, 2023, pursuant to the Court's Order Granting [348] Joint Motion To Modify Trial Order dated December 9, 2022 [ECF No. 350], Plaintiffs filed a Motion To Exclude Expert Testimony Of Howard Beales [ECF No. _____] (the "Motion").

The Court, having considered the Motion and the arguments of the parties, and finding good cause, ORDERS as follows:

1. The Motion is GRANTED;

2. Testimony from Dr. J. Howard Beales is not relevant to the issues in dispute and unreliable under *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), and its progeny; and

3. Therefore, testimony from Dr. Beales is excluded from the trial of this matter pursuant to Fed. R. Evid. 401, 402, and 702.

SIGNED this \_\_\_\_ of _____, 2023

BY THE COURT:

_____
David Barlow
United States District Judge